IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SOURCE MEDICAL SOLUTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.: |
| v. ) | |
| ) | CV-09-RRA-0073-S |
| AMKAI, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The case is presently before the court on Amkai's motion to dismiss for lack of personal jurisdiction and improper venue or, in the alternative, Amkai asks the court to transfer the case to the United States District Court for the District of Connecticut (doc. 7). On June 4, 2009, the magistrate recommended that the motion be denied. The time for objections to he recommendation has expired and no objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. An appropriate order will be entered.

DONE this the 24th day of June, 2009.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE